UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

SHAUNTRELL MANUEL,                                  CIVIL NO. 5:20-CV-127-KKC-MAS

     **Plaintiff,**

**V.**                                                              **ORDER**

**EMT-P ANTHONY HIGGINS, et al.,**

     **Defendants.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on defendants' Motion for Judgment on the Pleadings, or, in the alternative, a Motion for Summary Judgment (DE 54) and the magistrate judge's recommendation that the motion be granted (DE 66).

Manuel brought a *Bivens* claim and a Federal Tort Claims Act claim against Defendants. The magistrate found that the *Bivens* claim is barred as untimely, and the Federal Torts Claims Act claim lacks relevant expert proof. Accordingly, the magistrate judge has recommended that the Court approve Defendants' motion for summary judgment. Plaintiff has not filed any objections to the recommendation. Further, the Court has reviewed the recommendation and agrees with its analysis.

Accordingly, the Court hereby ORDERS as follows:

1) the Report and Recommendation (DE 66) is ADOPTED as the Court's opinion;

2) Defendants motion for summary judgment (DE 54) is GRANTED; and

3) a judgment consistent with this order and the Report and Recommendation

   will be entered.

This 19th day of September, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY